# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DARRELL L. WALDON,

      Plaintiff,

-vs-                                         Case No. 6:04-cv-628-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

This case is before the Court on an appeal of the decision of the Commissioner of Social Security. The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 23, 2005 (Doc.19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk of Court is directed to enter judgment in accordance with this Order and thereafter, close this file.

DONE and ORDERED in Chambers, Orlando, Florida this ___8th___ day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party